============
MDL No. 15-0256
============

IN RE NATIONAL LLOYDS INSURANCE COMPANY HAIL STORM LITIGATION

=================================================
ON REVIEW BY THE MULTIDISTRICT LITIGATION PANEL
=================================================

This order is issued in response to National Lloyd's motion to transfer. National Lloyds is ordered to file a supplement to its motion to address *In re Farmers Insurance Company Wind/Hail Storm Litigation*, No. 14-0882 (Tex. M.D.L. Panel April 7, 2015) by April 24. Real Parties in Interest are ordered to file a response to the motion to transfer and supplement to the motion to transfer by May 11. Any reply must be filed by May 20.

National Lloyds is further ordered to file, along with its supplement to motion to transfer, two supplements to Appendix A, listing (1) the cases grouped by county and, within each county, grouped by the court and (2) the cases grouped by the date of the storm along with the location and type of storm.